# United States Court of Appeals
## For the First Circuit

---

No. 23-1593

SAMANTHA PIKE,

Plaintiff, Appellant,

NATASHA IRVING,

Plaintiff,

v.

CHARLES F. BUDD, JR., in his individual capacity,

Defendant, Appellee.

---

**JUDGMENT**

Entered: March 28, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of dismissal for Charles F. Budd based on qualified immunity is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs are taxed in favor of the appellant.


By the Court:

Anastasia Dubrovsky, Clerk


cc:  Hon. Lance E. Walker, Christa Berry, Clerk, United States District Court for the District of Maine, Laura Honold White, Danielle Marie Quinlan, Shelby Hannah Leighton, Sean R. Ouellette, Melissa A. Hewey, Susan M. Weidner