# United States Court of Appeals
## For the First Circuit

No. 23-1593

SAMANTHA PIKE,

Plaintiff - Appellant,

NATASHA IRVING,

Plaintiff,

v.

CHARLES F. BUDD, JR., in his individual capacity,

Defendant - Appellee.

**MANDATE**

Entered: April 21, 2025

In accordance with the judgment of March 28, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Hon. Lance E. Walker
Christa Berry, Clerk, United States District Court for the District of Maine
Melissa A. Hewey
Shelby Hannah Leighton
Sean R. Ouellette
Danielle Marie Quinlan
Susan M. Weidner
Laura Honold White