September 24, 2025

RE: Charles Budd

To Whom it May Concern:

This letter is to certify that the above mentioned patient is undergoing inpatient medical treatment. It is medically recommended that Mr. Budd not participate in litigation for at least 60 days.

If you have any additional questions please feel free to contact Mary Parks, case manager at ███████████ Ext 4013

Sincerely,

*[signature]*
Julie Kelly, APRN
PH: ███████████
Fax: ███████████