UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SAMANTHA PIKE and NATASHA IRVING,<br><br>Plaintiffs<br><br>v.<br><br>CHARLES F. BUDD, JR., in his individual capacity,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:22-cv-00360-LEW<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF STAY**

Pursuant to this Court's Order dated December 1, 2025 (ECF No. 47), the parties hereby submit their joint status report.

1. Defendant Charles Budd is still out of state receiving in-patient medical care.

2. Counsel for Plaintiff and Defendant have conferred and believe that it is in the best interests of their respective clients that they attempt to resolve this case prior to engaging in extensive discovery and request therefore that the Court will refer this case to a judicial settlement conference

3. It is anticipated that Defendant will be able to participate remotely in a settlement conference by February, 2026.

WHEREFORE, the parties respectfully request that the Court extend the stay until after a judicial settlement conference can occur in or after February, 2026.

Dated: December 8, 2025                         */s/Laura H. White*
                                                                Laura H. White
                                                                Danielle Quinlan
                                                                Attorneys for Plaintiff
                                                                White & Quinlan, LLC
                                                                62 Portland Road, Suite 21

Kennebunk, ME 04043
Tel: (207) 502-7484
lwhite@whiteandquinlan.com
dquinlan@whiteandquinlan.com


*/s/ Melissa A. Hewey*
Melissa A. Hewey
Susan M. Weidner
Attorneys for Defendant Charles F. Budd, Jr.

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel: (207) 772-1941
mhewey@dwmlaw.com
sweidner@dwmlaw.com