UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **SAMANTHA PIKE**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **Case No. 1:22-cv-00360-LEW** |
| **CHARLES F. BUDD, JR.**, | ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendant in the above-identified case are dismissed with prejudice and without attorney's fees or costs to either party.

Dated: February 26, 2026

*/s/ Melissa A. Hewey*
_____

Meliss A. Hewey, Esq.
*Attorney for Defendant*
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
(207) 772-3627
mhewey@dwmlaw.com

*/s/ Laura H. White*
_____

Laura H. White, Esq., Bar No. 4025
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, Maine 04043
(207) 502-7484
lwhite@whiteandquinlan.com

## **CERTIFICATE OF SERVICE**

      I, Laura H. White, hereby certify that on this 26th day of February, 2026, I served the foregoing Stipulation of Dismissal with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: February 26, 2026

      */s/ Laura H. White*

      _____
      Laura H. White, Esq. Bar No. 4025
      *Attorney for Plaintiff*
      WHITE & QUINLAN, LLC
      62 Portland Road, Suite 21
      Kennebunk, Maine 04043
      (207) 502-7484
      lwhite@whiteandquinlan.com